FILED
February 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002398473

J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Susan K. Smith
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

JAMES BAGGARLY and
KATHRYN BAGGARLY,

Debtors.

Case No. 09-42342-A-7
Chapter 7

DCN: DNL-3

Date: March 1, 2010
Time: 9:00 a.m.
Place: Courtroom 28, Dept A
501 I Street, 7th floor
Sacramento, CA 95814

## TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON REAL PROPERTY: 18362 RING NECKED COURT, WOODLAND, CA

Chapter 7 Trustee, SUSAN K. SMITH ("Trustee"), seeks an order of the court that real property commonly referred to as 18362 Ring Necked Court, Woodland, CA ("18362 Ring Necked Court") is abandoned as being burdensome and of inconsequential value and benefit to the estate pursuant to 11 U.S.C. §554(a). In support of her motion, Trustee respectfully represents:

1. On October 14, 2009 the above-captioned bankruptcy case was commenced by the filing of a voluntary Chapter 7 petition on behalf of the debtors.

2. Trustee is the duly appointed trustee for the debtors' estate.

3. Among the assets of the debtors' estate is the debtors' residence, 18362 Ring Necked Court.

1

4. 18362 Ring Necked Court is encumbered by a deed of trust in favor of Wells Fargo Bank (the "Lender") to secure a Note in the principal sum of $637,900.00.

5. Lender subsequently assigned the Note and Deed of Trust to US Bank National Association ("USBNA")

6. On December 16, 2009, USBNA filed a Motion For Relief From Stay (PD-2), seeking leave to enforce all of its rights under the Note and Deed of Trust, including its ability to foreclose on 18362 Ring Necked Court.

7. According to the debtors' schedules, the fair market value of 18362 Ring Necked Court is $405,000.00.

8. Pursuant to the moving papers filed by USBNA, equity in 18362 Ring Necked Court is as follows:

```
Fair Market Value:            $405,000.00
Less:
   USBNA Trust Deed:          $661,507.73
   Lender's 2nd Deed of Trust: $201,163.00
   Cost of Sale:              $ 32,400.00
Equity:                       -$490,070.73
```

9. On February 2, 2010, the Court entered an order granting USBNA's motion for relief from stay.

10. In light of the negative equity in 18362 Ring Necked Court, Trustee believes that continued administration of this asset is burdensome and of inconsequential value to the estate.

WHEREFORE, Trustee requests that this court approve Trustee's abandonment of 18362 Ring Necked Court pursuant to 11 U.S.C. §554(a) and for such other and further relief as the Court deems proper.

DATED: February 4, 2010        DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
    J. RUSSELL CUNNINGHAM
    Attorneys for Susan K. Smith
    Chapter 7

2